**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LARRY D. PEAL, | ) | No. EDCV 08-291 SJO (CW) |
|                 Petitioner, | ) | |
| | ) | JUDGMENT |
|    v. | ) | |
| | ) | |
| BILL CURRY, | ) | |
| | ) | |
|                 Respondent. | ) | |

    **IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED:      5/1/09

                                          S. JAMES OTERO
                          United States District Judge